**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FLORIAN CLAUDIU MARTIN,

                                                    Civil No. 26-383 (JRT/JFD)

                Plaintiff,

v.

                                                    **ORDER ADOPTING REPORT**
UNITED STATES OF AMERICA,                           **AND RECOMMENDATION**

                Defendant.

---

Florian Claudiu Martin, FMC Rochester, P.O. Box 4000, Rochester, MN 55903-4000, pro se plaintiff; and

David W. Fuller, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415 for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge John F. Docherty dated February 11, 2026 (Docket No. [4]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1.  This action be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: April 3, 2026                            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                United States District Judge